**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RANDY DAVID WARREN,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>E. VALENZUELA, Warden,<br><br>　　　　　　Respondent. | Case No. EDCV 13-1010 GHK (SS)<br><br>**ORDER ACCEPTING FINDINGS,**<br>**CONCLUSIONS AND RECOMMENDATIONS**<br>**OF UNITED STATES MAGISTRATE**<br>**JUDGE** |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records and files herein, and the Magistrate Judge's Report and Recommendation. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

\\

\\

\\

\\

\\

1    **IT IS ORDERED** that the Petition is denied and Judgment shall
2 be entered dismissing this action without prejudice.

3

4    **IT IS FURTHER ORDERED** that the Clerk serve copies of this
5 Order and the Judgment herein on Petitioner at his address of
6 record and on counsel for Respondent.

7

8    **LET JUDGMENT BE ENTERED ACCORDINGLY.**

10  DATED: 10/30/14

11                                    _____
                                      GEORGE H. KING
12                                    UNITED STATES DISTRICT JUDGE

2