1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                   **CENTRAL DISTRICT OF CALIFORNIA**

10

11   RANDY DAVID WARREN,            Case No. EDCV 13-1010 GHK (SS)

12              Petitioner,

13        v.                                **JUDGMENT**

14   E. VALENZUELA, Warden,

15              Respondent.

16

17        Pursuant  to  the  Court's  Order  Accepting  Findings,

18   Conclusions  and  Recommendations  of  United  States  Magistrate

19   Judge,

20

21        IT  IS  HEREBY  ADJUDGED  that  the  above-captioned  action  is

22   dismissed without prejudice.

23

24   DATED: 10/30/14

25                                 _____
                                   GEORGE H. KING
26                                 UNITED STATES DISTRICT JUDGE

27

28